1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: 916-554-279300

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    CR. NO. S 04-408 DFL
                                     )
12          Plaintiff,                )    MOTION AND ORDER
                                     )    DISMISSING INDICTMENT
13     v.                            )    WITHOUT PREJUDICE
                                     )
14 JOSE de JESUS BUENROSTRO,         )
                                     )
15          Defendant.                )
   _____)
16

17     The United States of America, by and through its undersigned

18 attorney, Matthew C. Stegman, Assistant United States Attorney,

19 respectfully requests that this Court dismiss the above-captioned

20 Indictment without prejudice against defendant JOSE de JESUS

21 BUENROSTRO.

22     This motion is made on the grounds that Mr. Buenrosrto has a

23 fatal heart condition.  He has been release from custody pending

24 trial, and has been ordered not to leave the Eastern and Northern

25 Districts of California.  Mr. Buenrostro's condition is extremely

26 grave and he has now been enrolled in hospice care.  According to

27 his physician, he is not eligible for a heart transplant in the

28                                    1

1  United States, but may be eligible in Mexico.
2      This motion is made pursuant to the provisions of Rule 48(a) of
3  the Federal Rules of Criminal Procedure.
4  DATED:_____
                                McGREGOR W. SCOTT
5                               United States Attorney

6                               By /s/ Matthew C. Stegman
                                   MATTHEW C. STEGMAN
7                               Assistant U.S. Attorney

8

9                           O R D E R
10     GOOD CAUSE APPEARING, it is ordered that the above-captioned
11 Indictment be and is hereby dismissed without prejudice against JOSE
12 de JESUS BUENROSTRO.
13 DATED: 6/22/2005

                                _____
                                DAVID F. LEVI
                                United States District Judge

2